# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case  No. 09-25659-DRC |
| | § | |
| HENRY WILLIAMS | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/16/2009.  The undersigned trustee was appointed on 07/16/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of _____ $5,002.04

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $7.61 |
   | Bank service fees | $226.58 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $4,767.85 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 01/08/2010 and the deadline for filing government claims was 01/08/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,250.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $850.00, for a total compensation of $850.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/14/2012                         By:  /s/ David E. Grochocinski
                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:    1                                                                                                    Exhibit A

| Case No.: | 09-25659-DRC |
| Case Name: | WILLIAMS, HENRY |
| For the Period Ending: | 11/14/2012 |

| Trustee Name: | David E. Grochocinski |
| Date Filed (f) or Converted (c): | 07/16/2009 (f) |
| §341(a) Meeting Date: | 08/25/2009 |
| Claims Bar Date: | 01/08/2010 |

| Ref. # | 1 Asset Description (Scheduled and Unscheduled (u) Property) | | 2 Petition/ Unscheduled Value | 3 Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA =§ 554(a) abandon. | 5 Sales/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|---|
| 1 | 5912 GREENVIEW ROAD, LISLE, IL | | $162,000.00 | $0.00 | | $0.00 | FA |
| 2 | 1989 TARA MOBILE HOME, PHOENIX, AZ | | $6,000.00 | $0.00 | | $0.00 | FA |
| 3 | CASH | | $30.00 | $0.00 | | $0.00 | |
| 4 | CHECKING ACCOUNTS | | $6,700.00 | $2,730.00 | | $0.00 | |
| 5 | HOUSEHOLD GOODS | | $1,000.00 | $0.00 | | $0.00 | |
| 6 | CLOTHING | | $500.00 | $0.00 | | $0.00 | |
| 7 | 2002 FORD RANGER | | $4,775.00 | $2,375.00 | | $0.00 | $4,775.00 |
| 8 | 1989 17 BAYLINER | | $1,000.00 | $1,000.00 | | $0.00 | $1,000.00 |
| 9 | 1999 MACGREGORY S SAILBOAT | | $7,000.00 | $7,000.00 | | $0.00 | $7,000.00 |
| 10 | TRANSFER TO DAUGHTER | (u) | $5,000.00 | $5,000.00 | | $5,000.00 | |
| INT | Interest Earned | (u) | Unknown | Unknown | | $2.04 | Unknown |

TOTALS (Excluding unknown value)    $194,005.00    $18,105.00    $5,002.04    Gross Value of Remaining Assets    $12,775.00

**Major Activities affecting case closing:**

NEGOTIATIONS PENDING REGARDING DEBTOR'S SETTLEMENT OF TRANSFER TO DAUGHTER; AWAITING INFORMATION ON LOCATION, STATUS AND
TITLES ON VEHICLES TO BE LIQUIDATED AND REPORT FROM AUCTIONEER REGARDING VALUES; AWAITING SALE OF PERSONAL PROPERTY AND
INVESTIGATING TITLE ISSUES; ATTEMPTING TO REVOKE DISCHARGE; DEBTOR IS NOT COOPERATING

| Initial Projected Date Of Final Report (TFR): | 12/31/2011 | Current Projected Date Of Final Report (TFR): | 12/31/2012 | /s/ DAVID E. GROCHOCINSKI |
|---|---|---|---|---|
| | | | | DAVID E. GROCHOCINSKI |

Exhibit B

Page No.: 1

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 09-25659-DRC
Case Name: WILLIAMS, HENRY
Primary Taxpayer ID #: ******7328
Co-Debtor Taxpayer ID #:
For Period Beginning: 7/16/2009
For Period Ending: 11/14/2012

Trustee Name:
Bank Name: David E. Grochocinski
Money Market Acct #: ******8965 — The Bank of New York Mellon
Account Title: Money Market Account
Blanket bond (per case limit): $5,000,000.00
Separate bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Transaction Date | Check / Ref. # | Paid to / Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ******8965 | Wire in from JPMorgan Chase Bank, N.A. account ******8965 | 9999-000 | $5,000.37 | | $5,000.37 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.17 | | $5,000.54 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.21 | | $5,000.75 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.20 | | $5,000.95 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.22 | | $5,001.17 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.20 | | $5,001.37 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $5,001.41 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $5,001.42 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $5,001.49 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $5,001.42 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $5,001.42 |
| 02/15/2011 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-25659, Bond#016026455 | 2300-000 | | $3.30 | $4,998.12 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.03 | | $4,998.15 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,998.31 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,998.35 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,998.43 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,998.46 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,998.50 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $9.59 | $4,988.91 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,988.95 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,963.95 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,963.99 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,938.99 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,939.03 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,914.03 |
| | | | SUBTOTALS | | $5,001.92 | $87.89 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-25659-DRC |
|---|---|
| Case Name: | WILLIAMS, HENRY |
| Primary Taxpayer ID #: | ******7328 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 7/16/2009 |
| For Period Ending: | 11/14/2012 |

| Trustee Name: | David E. Grochocinski |
|---|---|
| Bank Name: | The Bank of New York Mellon |
| Money Market Acct #: | ******8965 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,914.01 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,889.01 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,889.11 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,864.11 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,864.15 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,839.15 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $4,839.15 | $0.00 |

| | | | | | Deposit $ | Disbursement $ |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $5,002.04 | $5,002.04 |
| | | | Less: Bank transfers/CDs | | $5,000.37 | $4,839.15 |
| | | | Subtotal | | $1.67 | $162.89 |
| | | | Less: Payments to debtors | | $0.00 | $0.00 |
| | | | Net | | $1.67 | $162.89 |

**For the period of 7/16/2009 to 11/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $1.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.67 |
| Total Internal/Transfer Receipts: | $5,000.37 |
| | |
| Total Compensable Disbursements: | $162.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $162.89 |
| Total Internal/Transfer Disbursements: | $4,839.15 |

**For the entire history of the account between 04/06/2010 to 11/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $1.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.67 |
| Total Internal/Transfer Receipts: | $5,000.37 |
| | |
| Total Compensable Disbursements: | $162.89 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $162.89 |
| Total Internal/Transfer Disbursements: | $4,839.15 |

Exhibit B

Page No: 3

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.             09-25659-DRC
Case Name:           WILLIAMS, HENRY
Primary Taxpayer ID #:    ******7328
Co-Debtor Taxpayer ID #:
For Period Beginning:     7/16/2009
For Period Ending:        11/14/2012

Trustee Name:
Bank Name:                      David E. Grochocinski
                                The Bank of New York Mellon
Checking Acct #:                ******8966
Account Title:                  Checking Account
Blanket bond (per case limit):  $5,000,000.00
Separate bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 7/16/2009 to 11/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/06/2010 to 11/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No:  4

Exhibit B

| Case No. | 09-25659-DRC |
|---|---|
| Case Name: | WILLIAMS, HENRY |
| Primary Taxpayer ID #: | ******7328 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 7/16/2009 |
| For Period Ending: | 11/14/2012 |

| Trustee Name: | David E. Grochocinski |
|---|---|
| Bank Name: | Green Bank |
| Checking Acct #: | ******5901 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to / Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $4,839.15 | | $4,839.15 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Term : 2/1/12 to 2/01/13 | 2300-000 | | $4.31 | $4,834.84 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.79 | $4,829.05 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.04 | $4,821.01 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.27 | $4,813.74 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.76 | $4,805.98 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.75 | $4,798.23 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.49 | $4,790.74 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.47 | $4,782.27 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.72 | $4,775.55 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.70 | $4,769.85 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $4,839.15 | $71.30 |
| | | | **Less: Bank transfers/CDs** | | $4,839.15 | $71.30 |
| | | | **Subtotal** | | $0.00 | $71.30 |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 |
| | | | **Net** | | $0.00 | $71.30 |

**For the period of  7/16/2009 to 11/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,839.15 |
| | |
| Total Compensable Disbursements: | $71.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $71.30 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/07/2012 to 11/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,839.15 |
| | |
| Total Compensable Disbursements: | $71.30 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $71.30 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-25659-DRC |
|---|---|
| Case Name: | WILLIAMS, HENRY |

| Primary Taxpayer ID #: | ******7328 |
|---|---|
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 7/16/2009 |
| For Period Ending: | 11/14/2012 |

| Trustee Name: | |
|---|---|
| Bank Name: | |

| Money Market Acct #: | ******8965 |
|---|---|
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

David E. Grochocinski
JPMORGAN CHASE BANK, N.A.
******8965
Money Market Account
$5,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/04/2010 | (10) | HENRY WILLIAMS | SETTLEMENT PAYMENT | 1241-000 | $5,000.00 | | $5,000.00 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $5,000.12 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | interest | 1270-000 | $0.22 | | $5,000.34 |
| 04/06/2010 | | Wire out to BNYM account ******8965 | Wire out to BNYM account ******8965 | 9999-000 | ($5,000.37) | | ($0.03) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.03 | | |

|  | | | | | Deposit $ | Disbursement $ |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | ($5,000.37) | $0.00 |
| | | | Subtotal | | $5,000.37 | $5,000.37 |
| | | | Less: Payments to debtors | | $0.00 | ($5,000.37) |
| | | | Net | | $5,000.37 | $0.00 |

**For the period of 7/16/2009 to 11/14/2012**

| Total Compensable Receipts: | $5,000.37 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.37 |
| Total Internal/Transfer Receipts: | ($5,000.37) |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/04/2010 to 11/14/2012**

| Total Compensable Receipts: | $5,000.37 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.37 |
| Total Internal/Transfer Receipts: | ($5,000.37) |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Exhibit B

Page No: 6

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-25659-DRC |
| --- | --- |
| Case Name: | WILLIAMS, HENRY |

| Primary Taxpayer ID #: | ******7328 |
| --- | --- |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 7/16/2009 |
| For Period Ending: | 11/14/2012 |

| Trustee Name: | David E. Grochocinski |
| --- | --- |
| Bank Name: | JPMORGAN CHASE BANK |
| | N.A. |
| Checking Acct #: | ******8966 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 7/16/2009 to 11/14/2012**

| Total Compensable Receipts: | $0.00 |
| --- | --- |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/04/2010 to 11/14/2012**

| Total Compensable Receipts: | $0.00 |
| --- | --- |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 7

Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 09-25659-DRC
Case Name: WILLIAMS, HENRY

Primary Taxpayer ID #: ******7328
Co-Debtor Taxpayer ID #:
For Period Beginning: 7/16/2009
For Period Ending: 11/14/2012

Trustee Name: David E. Grochocinski
Bank Name: JPMORGAN CHASE BANK, N.A.

Checking Acct #: ******8966
Account Title: Checking Account
Blanket bond (per case limit): $5,000,000.00
Separate bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

TOTAL - ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
|  | $5,002.04 | $234.19 | $4,767.85 |

For the period of 7/16/2009 to 11/14/2012

| | |
|---|---|
| Total Compensable Receipts: | $5,002.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,002.04 |
| Total Internal/Transfer Receipts: | $4,839.15 |
| | |
| Total Compensable Disbursements: | $234.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $234.19 |
| Total Internal/Transfer Disbursements: | $4,839.15 |

For the entire history of the case between 07/16/2009 to 11/14/2012

| | |
|---|---|
| Total Compensable Receipts: | $5,002.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,002.04 |
| Total Internal/Transfer Receipts: | $4,839.15 |
| | |
| Total Compensable Disbursements: | $234.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $234.19 |
| Total Internal/Transfer Disbursements: | $4,839.15 |

/s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

Exhibit C

**CLAIM ANALYSIS REPORT**

Page No: 1

Trustee Name: David E. Grochocinski
Date: 11/14/2012

Case No.: 09-25659-DRC
Case Name: WILLIAMS, HENRY
Claims Bar Date: 01/08/2010

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI 1900 Ravinia Place Orland Park IL 60462 | 11/14/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,250.20 | $850.00 | $0.00 | $0.00 | $0.00 | $850.00 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 11/14/2012 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $58.79 | $58.79 | $0.00 | $0.00 | $0.00 | $58.79 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 11/14/2012 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $3,471.25 | $2,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| 1 | DISCOVER BANK DFS Services LLC PO Box 3025 New Albany OH 430543025 | 10/15/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $607.30 | $607.30 | $0.00 | $0.00 | $0.00 | $607.30 |
| 2 | PYOD LLC ITS SUCCESSORS AND ASSIGNS as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 10/19/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $22,201.72 | $22,201.72 | $0.00 | $0.00 | $0.00 | $22,201.72 |
| 3 | COMMERCE BANK P O BOX 419248 KCREC-10 Kansas City MO 641416248 | 10/22/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $16,944.39 | $16,944.39 | $0.00 | $0.00 | $0.00 | $16,944.39 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City OK 731248809 | 11/19/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $90.13 | $90.13 | $0.00 | $0.00 | $0.00 | $90.13 |

Exhibit C

CLAIM ANALYSIS REPORT

| | | Page No: 2 |
| --- | --- | --- |

Case No.: 09-25659-DRC
Case Name: WILLIAMS, HENRY
Claims Bar Date: 01/08/2010

Trustee Name: David E. Grochocinski
Date: 11/14/2012

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City OK 731248809 | 11/19/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $29,231.47 | $29,231.47 | $0.00 | $0.00 | $0.00 | $29,231.47 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City OK 731248809 | 11/19/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $31,090.15 | $31,090.15 | $0.00 | $0.00 | $0.00 | $31,090.15 |
| 7 | WELLS FARGO BANK, NA MAC #S4101-08C 100 W Washington Phoenix AZ 85003 | 11/21/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $31,647.18 | $31,647.18 | $0.00 | $0.00 | $0.00 | $31,647.18 |

**Claim Notes:** (7-1) 174766799 williams

| 8 | WELLS FARGO BANK, NA MAC #S4101-08C 100 W Washington Phoenix AZ 85003 | 11/21/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,573.28 | $2,573.28 | $0.00 | $0.00 | $0.00 | $2,573.11 |

**Claim Notes:** (8-1) 167511667 williams

| 9 | U.S. BANK N.A. P.O. Box 5229 Cincinnati OH 45201 | 12/23/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,750.26 | $9,750.26 | $0.00 | $0.00 | $0.00 | $9,750.26 |

**Claim Notes:** (9-1) credit card

| 10 | U.S. BANK N.A. P.O. Box 5229 Cincinnati OH 45201 | 12/23/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,696.31 | $12,696.31 | $0.00 | $0.00 | $0.00 | $12,696.31 |

**Claim Notes:** (10-1) credit card

Exhibit C

**CLAIM ANALYSIS REPORT**

Page No: 3

Case No.: 09-25659-DRC
Case Name: WILLIAMS, HENRY
Claims Bar Date: 01/08/2010

Trustee Name: David E. Grochocinski
Date: 11/14/2012

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 12/25/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,815.42 | $20,815.42 | $0.00 | $0.00 | $0.00 | $20,815.42 |
| 12 | FIRST NATIONAL BANK OF OMAHA<br>1620 Dodge St.,<br>Stop Co de 3105 | 01/07/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,060.29 | $2,060.29 | $0.00 | $0.00 | $0.00 | $2,060.29 |

**Claim Notes:** (12-1) XXXX-XXXX-XXXX-0491 WILLIAMS, HENRY D.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CHASE BANK USA NA<br><br>PO Box 15145<br>Wilmington DE 198505145 | 01/07/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,693.31 | $11,693.31 | $0.00 | $0.00 | $0.00 | $11,693.31 |
| | | | | | | | $196,181.45 | $194,310.00 | $0.00 | $0.00 | $0.00 | $194,310.4 |

**CLAIM ANALYSIS REPORT**

Page No: 4

Exhibit C

Case No.          09-25659-DRC
Case Name:        WILLIAMS, HENRY
Claims Bar Date:  01/08/2010

Trustee Name:     David E. Grochocinski
Date:             11/14/2012

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $58.79 | $58.79 | $0.00 | $0.00 | $0.00 | $58.79 |
| Attorney for Trustee Fees (Trustee Firm) | $3,471.25 | $2,000.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| General Unsecured § 726(a)(2) | $191,401.21 | $191,401.21 | $0.00 | $0.00 | $0.00 | $191,401.21 |
| Trustee Compensation | $1,250.20 | $850.00 | $0.00 | $0.00 | $0.00 | $850.00 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      09-25659-DRC
Case Name:     HENRY WILLIAMS
Trustee Name:  David E. Grochocinski

Balance on hand: _____ $4,767.85

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: _____ $0.00
Remaining balance: _____ $4,767.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $850.00 | $0.00 | $850.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $2,000.00 | $0.00 | $2,000.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $58.79 | $0.00 | $58.79 |

Total to be paid for chapter 7 administrative expenses: _____ $2,908.79
Remaining balance: _____ $1,859.06

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: _____ $0.00
Remaining balance: _____ $1,859.06

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: _____ $0.00
Remaining balance: _____ $1,859.06

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $191,401.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $607.30 | $0.00 | $5.89 |
| 2 | PYOD LLC its successors and assigns | $22,201.72 | $0.00 | $215.64 |
| 3 | Commerce Bank | $16,944.39 | $0.00 | $164.58 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | $90.13 | $0.00 | $0.88 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | $29,231.47 | $0.00 | $283.92 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | $31,090.15 | $0.00 | $301.98 |
| 7 | Wells Fargo Bank, NA | $31,647.18 | $0.00 | $307.39 |
| 8 | Wells Fargo Bank, NA | $2,573.28 | $0.00 | $24.99 |
| 9 | U.S. Bank N.A. | $9,750.26 | $0.00 | $94.70 |
| 10 | U.S. Bank N.A. | $12,696.31 | $0.00 | $123.32 |
| 11 | Chase Bank USA, N.A. | $20,815.42 | $0.00 | $202.18 |
| 12 | First National Bank of Omaha | $2,060.29 | $0.00 | $20.01 |
| 13 | Chase Bank USA NA | $11,693.31 | $0.00 | $113.58 |

Total to be paid to timely general unsecured claims: $1,859.06

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |