UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 09-25659-DRC |
|---|---|---|
| HENRY WILLIAMS | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 01/11/13 in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/11/2012          By:  /s/ David E. Grochocinski
                                        (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-25659-DRC |
| | § | |
| HENRY WILLIAMS | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $5,002.04
*and approved disbursements of*     $242.13
*leaving a balance on hand of[1]:*     $4,759.91

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $4,759.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $850.00 | $0.00 | $850.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $2,000.00 | $0.00 | $2,000.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $58.79 | $0.00 | $58.79 |

Total to be paid for chapter 7 administrative expenses:     $2,908.79
Remaining balance:     $1,851.12

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

|  | Remaining balance: | $1,851.12 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,851.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $191,401.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $607.30 | $0.00 | $5.89 |
| 2 | PYOD LLC its successors and assigns | $22,201.72 | $0.00 | $215.64 |
| 3 | Commerce Bank | $16,944.39 | $0.00 | $164.58 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | $90.13 | $0.00 | $0.88 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | $29,231.47 | $0.00 | $283.92 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | $31,090.15 | $0.00 | $301.98 |
| 7 | Wells Fargo Bank, NA | $31,647.18 | $0.00 | $307.39 |
| 8 | Wells Fargo Bank, NA | $2,573.28 | $0.00 | $24.99 |
| 9 | U.S. Bank N.A. | $9,750.26 | $0.00 | $94.70 |
| 10 | U.S. Bank N.A. | $12,696.31 | $0.00 | $123.32 |
| 11 | Chase Bank USA, N.A. | $20,815.42 | $0.00 | $202.18 |
| 12 | First National Bank of Omaha | $2,060.29 | $0.00 | $20.01 |
| 13 | Chase Bank USA NA | $11,693.31 | $0.00 | $113.58 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,859.06 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | «mnyTotalUnsecuredCreditorsSub_v2» |
| Remaining balance: | $0.00 |

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                            Case No. 09-25659-DRC
Henry D. Williams                                                 Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: cgreen            Page 1 of 3          Date Rcvd: Dec 12, 2012
                             Form ID: pdf006         Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2012.
db           #+Henry D. Williams,    5912 Greenview Road,    Lisle, IL 60532-2904
aty           +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
14167810      +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
14167811     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
14167813      +Capital One,   P.O. Box 30273,    Salt Lake City, UT 84130-0273
14167814      +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
14934954       Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
14892724       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14167815      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14934176      +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14167818      +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
14167820      +Target Nb,   Po Box 673,    Minneapolis, MN 55440-0673
14887216     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
14167826     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,   Frederick, MD 21701)
14167822      +Washington Mutual,    P.O. Box 15153,   Wilmington, DE 19886-5153
14167823      +Wells Fargo,   P.O. Box 348750,    Sacramento, CA 95834-8750
14167824       Wells Fargo Bank,    Po Box 5445,   Portland, OR 97228
14167825      +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
14757018      +Wells Fargo Bank, NA,    MAC #S4101-08C,    100 W Washington,    Phoenix, AZ 85003-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14615196       E-mail/Text: bankruptcy@commercebank.com Dec 13 2012 04:14:37      Commerce Bank,   P O BOX 419248,
                KCREC-10,    Kansas City, MO 64141-6248
14167816      +E-mail/Text: bankruptcy@commercebank.com Dec 13 2012 04:14:37      Commerce Bk,   911 Main St,
                Kansas City, MO 64105-2009
14582214       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 13 2012 02:15:49      Discover Bank,
                DFS Services LLC,    PO Box 3025,   New Albany OH 43054-3025
14167817      +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 13 2012 02:15:49      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
14747321       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 13 2012 02:43:46
                FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK 73124-8809
14597558      +E-mail/Text: resurgentbknotifications@resurgent.com Dec 13 2012 01:57:53
                PYOD LLC its successors and assigns,    as assignee of Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14167819       Nexcard/Mt
14167812*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    P.O. Box 85520,   Richmond, VA 23285)
14167821*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Us Bank/Na Nd,    4325 17th Ave S,   Fargo, ND 58125)
                                                                                TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: cgreen              Page 2 of 3          Date Rcvd: Dec 12, 2012
                              Form ID: pdf006           Total Noticed: 25

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 14, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: cgreen              Page 3 of 3                  Date Rcvd: Dec 12, 2012
                               Form ID: pdf006           Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2012 at the address(es) listed below:

```
          Ariane  Holtschlag    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com
          David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com,   deg@trustesolutions.net
          David P Lloyd    on behalf of Trustee David E Grochocinski courtdocs@davidlloydlaw.com
          John J Lynch    on behalf of Debtor Henry D. Williams jjlynch@jjlynchlaw.com,
           rlynch@jjlynchlaw.com;lhernandez@jjlynchlaw.com;jjlynchlaw801@gmail.com;lpecf2011@gmail.com
          Kathleen M. McGuire     on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Michael A Phelps    on behalf of Trustee David E Grochocinski mphelps@ggl-law.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```