**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-25659-DRC |
| | § | |
| HENRY WILLIAMS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $7,000.00 | Assets Exempt: | $21,900.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,859.06 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $3,142.98 | | |

3) Total gross receipts of $5,002.04 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,002.04 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $5,014.43 | $3,543.18 | $3,142.98 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $191,401.21 | $191,401.21 | $1,859.06 |
| **Total Disbursements** | NA | $196,415.64 | $194,944.39 | $5,002.04 |

4). This case was originally filed under chapter 7 on 07/16/2009. The case was pending for -1314 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2013         By:   /s/ David E. Grochocinski
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| TRANSFER TO DAUGHTER | 1241-000 | $5,000.00 |
| Interest Earned | 1270-000 | $2.04 |
| **TOTAL GROSS RECEIPTS** | | **$5,002.04** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $1,250.20 | $1,250.20 | $850.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $4.31 | $4.31 | $4.31 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $3.30 | $3.30 | $3.30 |
| Green Bank | 2600-000 | NA | $66.99 | $66.99 | $66.99 |
| The Bank of New York Mellon | 2600-000 | NA | $159.59 | $159.59 | $159.59 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $3,471.25 | $2,000.00 | $2,000.00 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $58.79 | $58.79 | $58.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $5,014.43 | $3,543.18 | $3,142.98 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | NA | $607.30 | $607.30 | $5.89 |
| 2 | PYOD LLC its successors and assigns | 7100-000 | NA | $22,201.72 | $22,201.72 | $215.64 |
| 3 | Commerce Bank | 7100-000 | NA | $16,944.39 | $16,944.39 | $164.58 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | NA | $90.13 | $90.13 | $0.88 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | NA | $29,231.47 | $29,231.47 | $283.92 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | NA | $31,090.15 | $31,090.15 | $301.98 |
| 7 | Wells Fargo Bank, NA | 7100-000 | NA | $31,647.18 | $31,647.18 | $307.39 |
| 8 | Wells Fargo Bank, NA | 7100-000 | NA | $2,573.28 | $2,573.28 | $24.99 |
| 9 | U.S. Bank N.A. | 7100-000 | NA | $9,750.26 | $9,750.26 | $94.70 |
| 10 | U.S. Bank N.A. | 7100-000 | NA | $12,696.31 | $12,696.31 | $123.32 |
| 11 | Chase Bank USA, N.A. | 7100-000 | NA | $20,815.42 | $20,815.42 | $202.18 |
| 12 | First National Bank of Omaha | 7100-000 | NA | $2,060.29 | $2,060.29 | $20.01 |
| 13 | Chase Bank USA NA | 7100-000 | NA | $11,693.31 | $11,693.31 | $113.58 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $191,401.21 | $191,401.21 | $1,859.06 |

UST Form 101-7-TDR (10/1/2010)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 09-25659-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | WILLIAMS, HENRY | Date Filed (f) or Converted (c): | 07/16/2009 (f) |
| For the Period Ending: | 7/11/2013 | §341(a) Meeting Date: | 08/25/2009 |
| | | Claims Bar Date: | 01/08/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 5912 GREENVIEW ROAD, LISLE, IL | $162,000.00 | $0.00 | | $0.00 | FA |
| 2 | 1989 TARA MOBILE HOME, PHOENIX, AZ | $6,000.00 | $0.00 | | $0.00 | FA |
| 3 | CASH | $30.00 | $0.00 | | $0.00 | FA |
| 4 | CHECKING ACCOUNTS | $6,700.00 | $2,730.00 | | $0.00 | FA |
| 5 | HOUSEHOLD GOODS | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | CLOTHING | $500.00 | $0.00 | | $0.00 | FA |
| 7 | 2002 FORD RANGER | $4,775.00 | $2,375.00 | | $0.00 | FA |
| 8 | 1989 17' BAYLINER | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 9 | 1999 MACGREGORY S SAILBOAT | $7,000.00 | $7,000.00 | | $0.00 | FA |
| 10 | TRANSFER TO DAUGHTER (u) | $5,000.00 | $5,000.00 | | $5,000.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $2.04 | FA |

**TOTALS (Excluding unknown value)**

| | $194,005.00 | $18,105.00 | | $5,002.04 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
NEGOTIATIONS PENDING REGARDING DEBTOR'S SETTLEMENT OF TRANSFER TO DAUGHTER; AWAITING INFORMATION ON LOCATION, STATUS AND TITLES ON VEHICLES TO BE LIQUIDATED AND REPORT FROM AUCTIONEER REGARDING VALUES; AWAITING SALE OF PERSONAL PROPERTY AND INVESTIGATING TITLE ISSUES; ATTEMPTING TO REVOKE DISCHARGE; DEBTOR IS NOT COOPERATING

**Initial Projected Date Of Final Report (TFR):** 12/31/2011    **Current Projected Date Of Final Report (TFR):** 12/31/2012

/s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-25659-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WILLIAMS, HENRY | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7328 | Money Market Acct #: | ******8965 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 7/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2013 | Separate bond (if applicable): | |

Page No: 1    Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********8965 | Wire in from JPMorgan Chase Bank, N.A. account ********8965 | 9999-000 | $5,000.37 | | $5,000.37 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.17 | | $5,000.54 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.21 | | $5,000.75 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.20 | | $5,000.95 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.22 | | $5,001.17 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.20 | | $5,001.37 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $5,001.41 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $5,001.45 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $5,001.49 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $5,001.53 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $5,001.57 |
| 02/15/2011 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-25659, Bond#016026455 | 2300-000 | | $3.30 | $4,998.27 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.03 | | $4,998.30 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,998.34 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,998.38 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,998.42 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,998.46 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,998.50 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $9.59 | $4,988.91 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,988.95 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,963.95 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,963.99 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,938.99 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,939.03 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,914.03 |
| **SUBTOTALS** | | | | | **$5,001.92** | **$87.89** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-25659-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WILLIAMS, HENRY | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7328 | Money Market Acct #: | ******8965 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 7/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,914.07 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,889.07 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,889.11 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,864.11 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,864.15 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,839.15 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $4,839.15 | $0.00 |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $5,002.04 | $5,002.04 | $0.00 |
| | | | Less: Bank transfers/CDs | | $5,000.37 | $4,839.15 | |
| | | | Subtotal | | $1.67 | $162.89 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1.67 | $162.89 | |

| For the period of 7/16/2009 to 7/11/2013 | | For the entire history of the account between 04/06/2010 to 7/11/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $1.67 | Total Compensable Receipts: | $1.67 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.67 | Total Comp/Non Comp Receipts: | $1.67 |
| Total Internal/Transfer Receipts: | $5,000.37 | Total Internal/Transfer Receipts: | $5,000.37 |
| | | | |
| Total Compensable Disbursements: | $162.89 | Total Compensable Disbursements: | $162.89 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $162.89 | Total Comp/Non Comp Disbursements: | $162.89 |
| Total Internal/Transfer Disbursements: | $4,839.15 | Total Internal/Transfer Disbursements: | $4,839.15 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-25659-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WILLIAMS, HENRY | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7328 | Checking Acct #: | ******8966 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 7/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $0.00 | $0.00 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $0.00 | $0.00 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $0.00 | $0.00 | |

For the period of 7/16/2009 to 7/11/2013

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 04/06/2010 to 7/11/2013

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-25659-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WILLIAMS, HENRY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7328 | Checking Acct #: | ******5901 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 7/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2013 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 |  | The Bank of New York Mellon | Transfer Funds | 9999-000 | $4,839.15 |  | $4,839.15 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Term: 2/1/12 to 2/01/13 | 2300-000 |  | $4.31 | $4,834.84 |
| 02/29/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $5.79 | $4,829.05 |
| 03/30/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $8.04 | $4,821.01 |
| 04/30/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $7.27 | $4,813.74 |
| 05/31/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $7.76 | $4,805.98 |
| 06/29/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $7.75 | $4,798.23 |
| 07/31/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $7.49 | $4,790.74 |
| 08/31/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $8.47 | $4,782.27 |
| 09/28/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $6.72 | $4,775.55 |
| 10/31/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $7.70 | $4,767.85 |
| 11/30/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $7.94 | $4,759.91 |
| 12/31/2012 |  | Green Bank | Bank Service Fee | 2600-000 |  | $7.18 | $4,752.73 |
| 01/11/2013 |  | Green Bank | Reverse Bank Fee for Nov. and Dec. | 2600-000 |  | ($15.12) | $4,767.85 |
| 01/14/2013 | 5002 | David E. Grochocinski | Trustee Compensation | 2100-000 |  | $850.00 | $3,917.85 |
| 01/14/2013 | 5003 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 |  | $2,000.00 | $1,917.85 |
| 01/14/2013 | 5004 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 |  | $58.79 | $1,859.06 |
| 01/14/2013 | 5005 | Discover Bank | Distribution on Claim #: 1; | 7100-000 |  | $5.89 | $1,853.17 |
| 01/14/2013 | 5006 | PYOD LLC its successors and assigns | Distribution on Claim #: 2; | 7100-000 |  | $215.64 | $1,637.53 |
| 01/14/2013 | 5007 | Commerce Bank | Distribution on Claim #: 3; | 7100-000 |  | $164.58 | $1,472.95 |
| 01/14/2013 | 5008 | Clerk, US Bankruptcy Court | Small Dividends | * |  | $0.88 | $1,472.07 |
|  |  |  | Claim Amount     $(0.88) | 7100-000 |  |  | $1,472.07 |
| 01/14/2013 | 5009 | FIA CARD SERVICES, NA/BANK OF AMERICA | Distribution on Claim #: 5; | 7100-000 |  | $283.92 | $1,188.15 |
| 01/14/2013 | 5010 | FIA CARD SERVICES, NA/BANK OF AMERICA | Distribution on Claim #: 6; | 7100-000 |  | $301.98 | $886.17 |
| 01/14/2013 | 5011 | Wells Fargo Bank, NA | Distribution on Claim #: 7; | 7100-000 |  | $307.39 | $578.78 |

**SUBTOTALS**          $4,839.15          $4,260.37

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-25659-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WILLIAMS, HENRY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7328 | Checking Acct #: | ******5901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/14/2013 | 5012 | Wells Fargo Bank, NA | Distribution on Claim #: 8; | 7100-000 | | $24.99 | $553.79 |
| 01/14/2013 | 5013 | U.S. Bank N.A. | Distribution on Claim #: 9; | 7100-000 | | $94.70 | $459.09 |
| 01/14/2013 | 5014 | U.S. Bank N.A. | Distribution on Claim #: 10; | 7100-000 | | $123.32 | $335.77 |
| 01/14/2013 | 5015 | Chase Bank USA, N.A. | Distribution on Claim #: 11; | 7100-000 | | $202.18 | $133.59 |
| 01/14/2013 | 5016 | First National Bank of Omaha | Distribution on Claim #: 12; | 7100-000 | | $20.01 | $113.58 |
| 01/14/2013 | 5017 | Chase Bank USA NA | Distribution on Claim #: 13; | 7100-000 | | $113.58 | $0.00 |
| 01/18/2013 | 5016 | VOID: First National Bank of Omaha | | 7100-003 | | ($20.01) | $20.01 |
| 06/07/2013 | 5018 | First National Bank of Omaha | Distribution of Claim #12 | 7100-000 | | $20.01 | $0.00 |
| | | | **TOTALS:** | | $4,839.15 | $4,839.15 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $4,839.15 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $4,839.15 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $4,839.15 | |

| For the period of 7/16/2009 to 7/11/2013 | | For the entire history of the account between 02/07/2012 to 7/11/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,839.15 | Total Internal/Transfer Receipts: | $4,839.15 |
| | | | |
| Total Compensable Disbursements: | $4,839.15 | Total Compensable Disbursements: | $4,839.15 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,839.15 | Total Comp/Non Comp Disbursements: | $4,839.15 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Document  Page 11 of 13

Page No: 6  Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-25659-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WILLIAMS, HENRY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******7328 | Money Market Acct #: | ******8965 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 7/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/04/2010 | (10) | HENRY WILLIAMS | SETTLEMENT PAYMENT | 1241-000 | $5,000.00 | | $5,000.00 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.12 | | $5,000.12 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | interest | 1270-000 | $0.22 | | $5,000.34 |
| 04/06/2010 | | Wire out to BNYM account ********8965 | Wire out to BNYM account ********8965 | 9999-000 | ($5,000.37) | | ($0.03) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.03 | | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $0.00 | $0.00 | $0.00 |
| Less: Bank transfers/CDs | ($5,000.37) | $0.00 | |
| Subtotal | $5,000.37 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $5,000.37 | $0.00 | |

| For the period of 7/16/2009 to 7/11/2013 | | For the entire history of the account between 02/04/2010 to 7/11/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,000.37 | Total Compensable Receipts: | $5,000.37 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.37 | Total Comp/Non Comp Receipts: | $5,000.37 |
| Total Internal/Transfer Receipts: | ($5,000.37) | Total Internal/Transfer Receipts: | ($5,000.37) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-25659-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WILLIAMS, HENRY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******7328 | Checking Acct #: | ******8966 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 7/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
|  |  |  | **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
|  |  |  | **Subtotal** | $0.00 | $0.00 | |
|  |  |  | **Less: Payments to debtors** | $0.00 | $0.00 | |
|  |  |  | **Net** | $0.00 | $0.00 | |

**For the period of 7/16/2009 to 7/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/04/2010 to 7/11/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-25659-DRC | |
| **Case Name:** | WILLIAMS, HENRY | |
| **Primary Taxpayer ID #:** | ******7328 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/16/2009 | |
| **For Period Ending:** | 7/11/2013 | |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Checking Acct #:** | ******8966 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,002.04 | $5,002.04 | $0.00 |

| For the period of 7/16/2009 to 7/11/2013 | | For the entire history of the case between 07/16/2009 to 7/11/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,002.04 | Total Compensable Receipts: | $5,002.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,002.04 | Total Comp/Non Comp Receipts: | $5,002.04 |
| Total Internal/Transfer Receipts: | $4,839.15 | Total Internal/Transfer Receipts: | $4,839.15 |
| | | | |
| Total Compensable Disbursements: | $5,002.04 | Total Compensable Disbursements: | $5,002.04 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,002.04 | Total Comp/Non Comp Disbursements: | $5,002.04 |
| Total Internal/Transfer Disbursements: | $4,839.15 | Total Internal/Transfer Disbursements: | $4,839.15 |